UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 3 0 2014

JAMES N. HATTEN, Clerk
By: /s/
Deputy Clerk

KIMBERLY SATTERWHITE

    Plaintiff,

v.

BLUESTEM BRANDS, INC., d/b/a Fingerhut; and DOES 1-10, inclusive

    Defendants.

CIVIL ACTION NO.
1:14-CV-581-ODE

ORDER

    The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

    IT IS ORDERED that this action be administratively closed with the right, upon good cause shown within thirty (30) days to reopen the action if required in the interests of justice.

    SO ORDERED, this 30 day of June, 2014.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE